■ AIMEE J. FITZGERALD, Appellant, v WILLIAM CONROY et al., Respondents. [869 NYS2d 800]

Balancing all relevant factors, and under the circumstances of this case, we find that the Supreme Court improvidently exercised its discretion in denying the plaintiff's motion for leave to serve an amended complaint (*see* CPLR 3025 [b]; 105 [u]; *Thomsen v Suffolk County Police Dept.,* 50 AD3d 1015, 1016-1017 [2008]; *Dialcom, LLC v AT & T Corp.,* 50 AD3d 727 [2008]). Ritter, J.P., Florio, Miller and Dillon, JJ., concur.

■ FOXEN COMPANY, Respondent, v IRISH PUB, LTD., et al., Appellants. [869 NYS2d 801]

The defendants waived the defense of lack of capacity to sue when they defaulted and failed to raise it in their subsequent motion to vacate their default (*see Wells Fargo Bank Minn., N.A. v Mastropaolo,* 42 AD3d 239 [2007]).

The defendants' remaining contentions are without merit. Fisher, J.P., Florio, Carni and Chambers, JJ., concur.